UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD HUGHES,** | * |
| | * |
| Plaintiff, | *   CIVIL ACTION NO. 16-15457 |
| | * |
| **VERSUS** | *   JUDGE CARL J. BARBIER |
| | * |
| **U.S. IMPACT, INC.,** | *   MAG. JUDGE JOSEPH C. WILKINSON |
| | * |
| Defendant. | * |
| | * |

*****************************************************************************

## EX PARTE MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Lloyd Hughes ("Plaintiff"), who moves this Court to dismiss the above-captioned matter with prejudice. This matter has been resolved and Plaintiff no longer wishes to pursue the same. Defendant has consented to this dismissal and no answer has been filed by Defendant. Wherefore, Lloyd Hughes prays that this matter be dismissed with prejudice.

RESPECTFULLY SUBMITTED,

*/s/ Galen M. Hair*
Galen M. Hair, Esq.
Varadi, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
hair@vhclaw.com
Phone: (504) 684-5200
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

On the 21st day of September, 2016, I filed a copy of the above pleading into the Court's ECF system and emailed a copy to opposing counsel.

*/s/ Galen M. Hair*
Galen M. Hair