```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LLOYD HUGHES                                    CIVIL ACTION

VERSUS                                          NO: 16-15457

U.S. IMPACT, INC.                               SECTION: "J"(2)
```

### ORDER

Considering the foregoing *Joint Motion to Dismiss with Prejudice* **(R. Doc. 4)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The above-entitled suit is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs.

New Orleans, Louisiana this 22nd day of December, 2016.

*[signature]*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE